LOUCHEINE vs. STROUSE and another.

APPEALS IN SUPREME COURT. *(1) Extra damages or costs, when awarded.* *(2) How appellant may dismiss his appeal.*

1. Where the court is satisfied that an appeal, though not prosecuted, was taken in good faith, extra damages or costs will not be awarded. *N. W. Mut. L. Ins. Co. v. Irish,* 38 Wis., 361.
2. Hereafter appellants in this court will not be allowed to dismiss their appeals, except by consent or upon notice to the respondents.

APPEAL from the Circuit Court for *La Crosse* County.

On the 20th of December, 1878, this court, on motion of the appellants (the defendants), dismissed the appeal, with costs against the appellants. On the 17th of January following, the respondent moved for an allowance to him of damages for his delay, in addition to interest upon his judgment, and double costs, together with costs of the motion, or, in lieu thereof, for an order reinstating the appeal and for a judgment of affirmance. R. S., 776, sec. 2951.

*Charles W. Bunn,* for the motion.

*Wm. F. Vilas, contra.*

Cottrill vs. Cramer and others.

RYAN, C. J.   This motion is denied on the merits.   The affidavit presented for the appellants has satisfied the court that the appeal, though not prosecuted, was taken in good faith.   In such a case the court will not award extra damages or costs.   *N. W. M. L. Ins. Co. v. Irish,* 38 Wis., 361.

But the motion has suggested to the court the necessity of providing against the dismissal, by appellants *ex. parte,* of appeals taken in bad faith, so as to evade the statute providing for extra damages and costs upon affirmance.

And hereafter appellants will not be allowed to dismiss their appeals, except by consent or upon notice to the respondents.

*By the Court.*— Motion denied.